UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEXIS TOVAR Individually and as Next Friend of D.P., a Minor; and PHILLIP REYES as Next Friend of A.R. and J.R., Minors,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN ANTONIO, San Antonio Police Officer ALFRED FLORES, San Antonio Police Officer ELEAZAR ALEJANDRO, and San Antonio Police Officer NATHANIEL VILLALOBOS, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-23-CV-847-FB |

**ORDER RETURNING CASE
TO DISTRICT COURT**

All pretrial matters for which this case was referred have been handled. Accordingly, the above-entitled and numbered cause is **RETURNED** to the District Court for further proceedings.

It is so **ORDERED**.

**SIGNED** on May 28, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge